UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES L. QUINN, *et al.*,

      Plaintiffs,

vs.

CITY OF EATON, OHIO,

      Defendant.

Case No. 3:19-CV-241

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington
(mediation referral)

---

## ORDER OF REFERENCE FOR THE PURPOSE OF MEDIATION ONLY

---

Pursuant to 28 U.S.C. § 636(c), and at the request of the parties, this case is hereby referred to Magistrate Judge Sharon L. Ovington for the purposes of assigning this case for mediation.

**IT IS SO ORDERED.**

April 20, 2021

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge