UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES L. QUINN, *et al.*,

    Plaintiffs,                                          Case No. 3:19-cv-241

vs.

CITY OF EATON,                           District Judge Michael J. Newman

    Defendant.

---

**ORDER**

---

    This civil case came before the Court for a status conference on May 25, 2021. Attorneys Sara Faulman, John Stewart, and Dawn Frick participated. The parties informed the Court that they have settled this matter. The parties advised the Court that a fairness hearing is not necessary in this case, and they would prefer to file a joint motion for settlement. The Court anticipates that the parties will file a joint motion for settlement within 30 days. The Court anticipates the motion will address the factors set forth in *Int'l Union, United Auto., Aerospace, and Agr. Implement Workers of Am. v. Gen. Motors Corp.*, 497 F.3d 615, 631 (6th Cir. 2007).

    **IT IS SO ORDERED.**

     May 27, 2021                                                s/ Michael J. Newman
                                                                        Hon. Michael J. Newman
                                                                        United States District Judge