# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO,**
**WESTERN DIVISION, DAYTON**

| | | |
|---|---|---|
| **JAMES L. QUINN et al.,** | : | **Case No. 3:19-cv-00241** |
| *Plaintiffs,* | : | **Judge Michael Newman** |
| **v.** | : | |
| **CITY OF EATON,** | : | |
| *Defendant.* | : | |

_____

<u>**SETTLEMENT AGREEMENT AND RELEASE**</u>

This Settlement Agreement and Release ("Agreement") is made and entered into by and among all the Parties in the captioned case, namely Plaintiffs James L. Quinn, Randall K. Anderson, James H. Roberts, and Mallory Lewis, ("Plaintiffs") each of whom are identified on Exhibit A attached hereto, and who have consented to be party Plaintiffs in the captioned case, and the Defendant, City of Eaton, Ohio ("City" or "Defendant"), and is based on the following:

**I.      <u>RECITALS</u>**

1.1     Plaintiffs are 4 individuals employed or formerly employed by the City. On August 9, 2019, they filed a complaint in this Court seeking overtime pay pursuant to the Fair Labor Standards Act ("FLSA").

1.2     In the captioned case, Plaintiffs alleged that the City failed to properly pay them overtime compensation under the FLSA, 29 U.S.C. § 201 *et seq.*, and that, as a result, they were entitled to backpay, liquidated damages, a three-year statute of limitations and attorneys' fees and costs.

1

DocuSign Envelope ID: 4C445894-21E9-43A2-A51B-0142D4A475F3

1.3 In its Answer, Defendant denied liability, claiming, among other defenses, that Plaintiffs were exempt from the FLSA pursuant to the "executive" and/or "administrative" exemptions pursuant to 29 C.F.R. Part 541.

1.4 The Parties participated in telephonic mediation on May 11, 2021, before the Honorable Magistrate Judge Sharon L. Ovington. Participating at the mediation were Counsel for the Parties, all Plaintiffs, and representatives of the City who were authorized to agree to a settlement, subject to approval by the City Council.

1.5 All of the Parties have agreed to settle the matters in dispute between and among them pursuant to the terms of this Agreement. Specifically, the Parties and their counsel have considered that the interests of all concerned are best served by settlement and dismissal of the Plaintiffs' FLSA claims. The Parties have concluded that the terms of this Agreement are fair, reasonable, adequate, and in the Parties' mutual best interests.

1.6 Defendant City of Eaton has agreed to convert the positions of "Battalion Captain" and "EMS Lieutenant" to "non-exempt" from the FLSA, such that they will begin receiving FLSA overtime pay beginning with the next full pay period following Court approval of this Agreement.

1.7 The Parties understand the following to be an FLSA-compliant formula for calculating overtime payment, based on a fixed salary intended to compensate regularly scheduled work hours, with no additional payments not excludable from the regular rate, and a 28-day FLSA period. The regular rate for a 28-day FLSA period would be the annual salary, multiplied by the days in the FLSA period (28), divided by the total days in the year (365), divided by the regularly scheduled hours within the work period (e.g., 240). Overtime premium pay would be paid at one-half times the regular rate for all regularly scheduled hours above the applicable overtime threshold (e.g., 212), and at one and one-half times the regular rate for all other overtime hours worked. This

2

paragraph shall not be interpreted as a waiver of or limitation on Plaintiffs' rights or entitlements under City policy and/or the law, including but not limited to the Fair Labor Standards Act.

1.8    Plaintiffs James L. Quinn and Randall K. Anderson reaffirm the signed job description attached hereto as Exhibit B and agree to perform the duties and terms of that description while employed at the City of Eaton in the position of Battalion Captain.

1.9    Plaintiff Mallory Lewis reaffirms the signed job description attached hereto as Exhibit C and agree to perform the duties and terms of that description while employed at the City of Eaton in the position of EMS Lieutenant.

1.10   The Parties, through their counsel, by separate motion, will seek judicial approval of this Agreement. In the event the proposed settlement contained in this Agreement is not finally approved by the Court, this Agreement will no longer have any effect and the Parties will revert to their respective positions as of the date and time immediately prior to the execution of this Agreement.

## II.    PAYMENT AND DISTRIBUTION

2.1    In consideration for the terms, conditions, and promises in this Agreement, the City, in accordance with paragraph 2.1(a)-(c), shall pay or cause to be paid to Plaintiffs a total of ONE HUNDRED AND EIGHTY-FIVE THOUSAND DOLLARS AND 00/100 ($185,000.00) ("the Settlement Amount"). The Settlement Amount will be paid in two installments, divided and distributed to Plaintiffs as follows:

(a)    Within 14 days of the Court's approval of this Agreement, the City shall issue payment in the total pre-tax amount of ONE HUNDRED THOUSAND DOLLARS AND 00/100 ($100,000.00) (the "First Settlement Installment"), by delivering: (1) one check or electronic transfer in the amount of **$80,435.72**, payable to Plaintiffs' counsel,

3

McGillivary Steele Elkin LLP, representing reimbursed attorneys' fees and expenses and liquidated damages (the "First Liquidated Damages and Attorneys' Fees Amount"), the liquidated damages portion of which will be distributed by Plaintiffs' counsel to individual Plaintiffs; and (2) direct deposits payable to individual Plaintiffs, totaling a pre-tax amount of **$19,564.29** (the "First Back Pay Amount"), which shall be distributed by the City to individual Plaintiffs in accordance with the pre-tax amounts set forth in Exhibit A to this Agreement, to which the City shall apply all applicable deductions and withholdings for that individual Plaintiff (the "First Individual Back Pay Amount Less Applicable Deductions").

(b)     On or before March 1, 2022, the City shall issue payment in the total pre-tax amount of EIGHTY FIVE THOUSAND DOLLARS AND 00/100 ($85,000.00) (the "Second Settlement Installment"), by delivering: (1) one check or electronic transfer in the amount of **$68,370.35**, payable to Plaintiffs' counsel, McGillivary Steele Elkin LLP, representing reimbursed attorneys' fees and expenses and liquidated damages (the "Second Liquidated Damages and Attorneys' Fees Amount"), the liquidated damages portion of which will be distributed by Plaintiffs' counsel to individual Plaintiffs; and (2) direct deposits payable to individual Plaintiffs, totaling a pre-tax amount of **$16,629.65** (the "Second Back Pay Amount"), which shall be distributed by the City to individual Plaintiffs in accordance with the pre-tax amounts set forth in Exhibit A to this Agreement, to which the City shall apply all applicable deductions and withholdings for that individual Plaintiff (the "Second Individual Back Pay Amount Less Applicable Deductions").

4

DocuSign Envelope ID: 4C445894-21E9-43A2-A51B-0142D4A475F3

(c)     These amounts are agreed to among the Parties to compromise, settle, and satisfy the Released Claims described in paragraph 3.1 below, liquidated damages related to the Released Claims, and all attorneys' fees and expenses related to the Released Claims.

2.2     The City shall pay the Settlement Amount within the time limits set forth in paragraphs 2.1(a) and 2.1(b). After the date on which a Settlement Amount payment comes due as described in paragraphs 2.1(a) and 2.1(b), interest on that portion of the Settlement Amount that has come due but has not been paid shall accrue at the rate set forth in 28 U.S.C. § 1961.

2.3     Plaintiffs' counsel, McGillivary Steele Elkin LLP, will be responsible for distributing to each Plaintiff listed in Exhibit A his/her respective share of the Liquidated Damages Amount.

2.4     The City will be responsible for distributing the Back Pay Amounts at the first regular pay date following the approval of this Agreement (for the First Back Pay Amounts) and on or before March 1, 2022 (for the Second Back Pay Amounts), by issuing each Plaintiff payment by direct deposit through the City's payroll system, in the amount of and representing each Plaintiff's Individual Back Pay Amount Less Applicable Deductions, along with a document identifying all deductions and withholdings (e.g., a copy of the corresponding payroll stub).

2.5     The City shall issue W-2 forms to the Plaintiffs that reflect the First Individual Back Pay Amounts and Second Individual Back Pay Amounts set forth in Exhibit A to this Agreement, less applicable deductions. The City shall also distribute to each Plaintiff a Miscellaneous Income Form 1099 reflecting the amount paid to that Plaintiff in liquidated damages and that Plaintiff's proportional share of the attorneys' fees and expenses. Each Plaintiff agrees that he or she will be responsible for his or her individual tax liability associated with the liquidated damages payments made to him or her under this agreement.

DocuSign Envelope ID: 4C445894-21E9-43A2-A51B-0142D4A475F3

2.6     All payments to Plaintiffs shall be deemed to be paid solely in the year in which such payments are issued to Plaintiffs.

## III.     **RELEASE**

3.1     Each Plaintiff for himself or herself, and his or her spouse and family, attorneys (if any), agents, executors, administrators, personal representatives, heirs, successors, any future estates, assigns and beneficiaries, and any and all of them (collectively, the "Releasers"), voluntarily and with the advice of counsel, fully and forever releases, acquits, and discharges the City, its departments, agencies, elected and appointed officials, employees, agents, attorneys, accountants, administrators, and any or all of them and all persons acting by, through, under, or in concert with any of them (collectively, the "Releasees"), in their personal, individual, official and/or corporate capacities, from all Fair Labor Standards Act claims asserted in the Lawsuit and/or Fair Labor Standards Act claims for unpaid overtime that could have been asserted in the Lawsuit, up to and through the execution of this Agreement. (the "Released Claims").

3.2     All Plaintiffs shall be deemed to and shall have waived, released, discharged and dismissed all Released Claims as set forth in Paragraph 3.1, with full knowledge of any and all rights they may have, and they hereby assume the risk of any mistake in fact in connection with the true facts involved or with regard to any facts which are now unknown to them.

3.3     All Plaintiffs agree that they are entering this Agreement knowingly, voluntarily, and with full knowledge of its significance. Each Plaintiff affirms that he/she has not been coerced, threatened, or intimidated into agreeing to the terms of this Agreement, and he/she has been advised to consult with an attorney.

DocuSign Envelope ID: 4C445894-21E9-43A2-A51B-0142D4A475F3

## IV.    DISMISSAL OF CLAIMS

4.1     Plaintiffs agree to dismissal of all claims asserted in the Lawsuit against the City with prejudice as specified in paragraph 3.1, upon the City's execution of the Settlement Agreement and the Court's Order approving the Settlement Agreement.

## V.    NO ADMISSION OF LIABILITY

5.1     The City does not admit any allegations made against it in this lawsuit, including but not limited to Plaintiffs' allegations of willfulness and lack of good faith. Nothing contained in this Agreement shall be deemed an admission of liability or of any violation of any applicable law, rule, regulation, order or contract of any kind.

## VI.    CONTINUED JURISDICTION

6.1     The U.S. District Court for the Southern District of Ohio, Western Division at Dayton, shall have continuing jurisdiction to construe, interpret and enforce the provisions of this Agreement, and to hear and adjudicate any dispute or litigation arising under this Agreement.

## VII.    PARTIES' AUTHORITY

7.1     The signatories hereby represent that they are fully authorized to enter this Agreement and to bind the parties hereto to the terms and conditions hereof.

7.2     All of the Parties acknowledge that they have been represented by competent, experienced counsel throughout all negotiations which preceded the execution of this Agreement, and that this Agreement is made with the consent and advice of counsel who have jointly prepared this Agreement.

## VIII.    MUTUAL FULL COOPERATION

8.1     The Parties agree to use their best efforts and to fully cooperate with each other to accomplish the terms of this Agreement, including but not limited to, execution of such documents

and to take such other action as may reasonably be necessary to implement and effectuate the terms of this Agreement.

## IX.    ENFORCEMENT ACTIONS

9.1    In the event that one or more of the parties to this Agreement institutes any legal action, arbitration, or other proceeding against any other Party or Parties to enforce the provisions of this Agreement, the successful Party or Parties shall be entitled to recover from the unsuccessful Party or Parties reasonable attorneys' fees and costs, including expert witness fees reasonably incurred in connection with any enforcement actions.

## X.    MODIFICATION

10.1    This Agreement and its attachment may not be changed, altered, or modified, except in writing and signed by the Parties hereto, and approved by the Court.

## XI.    ENTIRE AGREEMENT

11.1    This Agreement and its attachments constitute the entire agreement between the Parties concerning the subject matter hereof. No extrinsic oral or written representations or terms shall modify, vary or contradict the terms of this Agreement. In the event of any conflict between this Agreement and any other settlement-related document, the parties intend that this Agreement shall be controlling.

11.2    This Agreement shall be construed as a whole according to its fair meaning and intent, and not strictly for or against any Party, regardless of who drafted or who was principally responsible for drafting this Agreement or any specific term or condition thereof.

## XII.    VOIDING THE AGREEMENT

12.1    In the event this Agreement does not obtain judicial approval for any reason, this Agreement shall be null and void in its entirety, unless expressly agreed in writing by all parties.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement as of the date indicated below:

McGILLIVARY STEELE ELKIN LLP
    1101 Vermont Street N.W., Suite 1000
    Washington, D.C. 20005

By: _____
    Sara L. Faulman

    *Counsel for Plaintiffs*

Dated: June 22, 2021.

CITY OF EATON, OHIO

By: *Bradley K. Collins* _____

JAMES L. QUINN

By: _____

Dated: June 21, 2021.

RANDALL K. ANDERSON

By: _____

Dated: June 17, 2021.

JAMES H. ROBERTS

By: _____

Dated: June 17, 2021.

MALLORY LEWIS

By: _____

Dated: June 17, 2021.

9

EXHIBIT A

DocuSign Envelope ID: 4C445894-21E9-43A2-A51B-0142D4A475F3

EXHIBIT A

| REF # | First Name | Last Name | FIRST BACK PAY AMOUNT | FIRST LIQUIDATED DAMAGES AND ATTORNEYS' FEES AMOUNT | SECOND BACK PAY AMOUNT | SECOND LIQUIDATED DAMAGES AND ATTORNEYS' FEES AMOUNT | TOTAL BACKPAY, LIQUIDATED DAMAGES, AND FEES AND EXPENSES |
|---|---|---|---|---|---|---|---|
| 1 | Randall | Anderson | $ 4,616.73 | $ 18,981.01 | $ 3,924.22 | $ 16,133.86 | $ 43,655.82 |
| 2 | Mallory | Lewis | $ 326.69 | $ 1,343.14 | $ 277.69 | $ 1,141.68 | $ 3,089.20 |
| 3 | James | Quinn | $ 13,073.28 | $ 53,748.88 | $ 11,112.29 | $ 45,686.55 | $ 123,621.00 |
| 4 | James | Roberts | $ 1,547.59 | $ 6,362.69 | $ 1,315.45 | $ 5,408.26 | $ 14,633.98 |
| | | | $ 19,564.29 | $ 80,435.72 | $ 16,629.65 | $ 68,370.35 | $ 185,000.00 |

EXHIBIT B

DocuSign Envelope ID: 4C445894-21E9-43A2-A51B-0142D4A475F3



# City of Eaton
## Fire and EMS Division

### Position Description

| | | | |
|---|---|---|---|
| **Class Title:** | Battalion Captain | **Department:** | Safety |
| **Division:** | Fire and EMS | **Civil Service:** | Unclassified |
| **Reports to:** | Chief of Fire and EMS Division | | |
| **FLSA Status:** | Non-Exempt | | |
| **Date Created:** | February 1, 2007. | | |

**Rate of Compensation:**

This position of Battalion Captain is compensated at a rate determined by Eaton City Council.

**General Purpose:**

The City of Eaton Fire and EMS Division Battalion Captain provides fire, rescue, and emergency medical service supervision/leadership to the City of Eaton Fire and EMS Division. The City of Eaton Fire and EMS Division Battalion Captain is part of the City of Eaton Fire and EMS Division Leadership Team and is expected to plan, organize, and command activities for the entire shift. General duties of the City of Eaton Fire and EMS Division Battalion Captain include, but are not limited to: supervising personnel, fire suppression command and control activities, fire prevention activities, emergency medical care activities, operation and maintenance of all Fire and EMS Division apparatus and equipment, provision of emergency medical care to the sick and injured, fire investigations, training, scheduling, maintenance of records, and reports, administrative duties, and other related work as required by the Fire and EMS Chief.

The City of Eaton Fire and EMS Division Battalion Captain has the duty and responsibility to participate as a team member and leader. The City of Eaton Fire and EMS Division Battalion Captain must use creativity, innovation, and fiscal responsibility, with the end goal of providing quality service to our internal and external customers, in every aspect of their duties.

**Supervision Received**

Works under the General Guidance and Direction of the Fire and EMS Chief.

**Supervision Exercised**

Supervises all paid, part-time, and volunteer fire department staff on assigned shift, either directly or through other subordinate officers; provides supervision in the absence of the Fire and EMS Chief.

1



*City of Eaton*
*Fire and EMS Division*

## Qualifications:

The successful candidate for the position of City of Eaton Fire and EMS Division Battalion must have a high school diploma, valid Ohio Drivers License, certification as Ohio Firefighter 2 (NFPA 1001), current Ohio EMT-Paramedic certification (with current ACLS and CPR certification), Ohio Fire Safety Inspector certification; NIMS 100, 200, 300, 400 and 700. Will consider EMT-A currently enrolled in a Paramedic Program with certification obtained within 24 months of appointment. If the applicant is selected without a current Ohio EMT-Paramedic certification, the appointment will be conditional upon completion of the required training. Must have a minimum of 5 years' experience in the Fire / EMS service as a Fire / EMS provider and demonstrate supervisory and command experience. Experience as a fire apparatus operator, Fire or EMS Instructor certification is preferred and/or capable of being easily and quickly obtained. The job demands an ability to perform under strenuous and stressful conditions at emergency incidents and the constant stress of managerial responsibility. Desired qualifications include hazardous materials technician, ITLS certification, supervisory, and command experience. Associates degree in Fire Science, EMS, or related field preferred.

## Required Knowledge and Abilities:

The position of City of Eaton Fire and EMS Division Battalion Captain requires the ability to make quick competent decisions and display confidence. The Battalion Captain must possess extensive knowledge (mastery of skills) in fire behavior, building construction, emergency medical services, and interpersonal dynamics. The Battalion Captain shall have the ability to use various reference books and show proficiency in using various computer equipment/programs.

The physical demands of the job are varied. The Battalion Captain will have to stand, walk, climb, and crawl. The Battalion Captain is required to drive, operate fire apparatus and EMS vehicles and shall be able to wear personal protective equipment (turnout gear) and self-contained breathing apparatus (SCBA) at fire and emergency scenes. The Battalion Captain, like those in his/her shift, may be exposed to extreme heat, cold and wet conditions at fire and emergency scenes and shall be capable of using protective equipment when at the scene of a toxic chemical spill or condition or another emergency.

## Required Knowledge and Abilities continued:

The Battalion Captain may be required to stand or walk for extended times i.e., assuming command at an incident scene, conducting inspections, providing emergency medical care, lifting patients, conducting training exercises, teaching in classroom settings. The Battalion Captain will, at times, have to sit for long periods while performing his/her functions, attending meetings, planning and writing procedures, and reviewing data, and completing reports.

The Battalion Captain must be able to respond and remain at fire and accident scenes to direct, evaluate and monitor the performance of the Fire and EMS Division personnel in their command. The Battalion Captain position requires a temperament compatible with leadership. "Leading by Example" is the ultimate test for the person(s) employed in the position of Battalion Captain.

2



*City of Eaton*
*Fire and EMS Division*

The Battalion Captain shall possess integrity beyond reproach, and demonstrate well-developed interpersonal management skills, demonstrate loyalty, and shall display maturity, sensitivity, tactfulness, and compassion. The ability to work on multiple priorities at the same time and change course in midstream is vital. The Battalion Captain shall accept responsibility, persuade, and motivate employees and the public, make sound judgments and decisions.

## Essential Duties and Responsibilities:

25%     Supervise the operation of all fire and EMS division equipment and apparatus; ensure all apparatus, equipment, and facilities are in operational readiness and cleanliness; train and mentor others in the operation of all fire and EMS division equipment and apparatus; demonstrate mastery of skills as a Fire Officer 1 (NFPA 1021), Ohio Fire Safety Inspector, Ohio Certified Firefighter 2 (NFPA 1001 Firefighter 2), and Ohio Certified Paramedic, including ACLS and CPR skills; supervise and manage fire an life safety inspection, prevention, training, and safety programs;  supervise and manage citizen inquiries and service requests.

25%     Responsible for supervising and conducting, organizing, participating, and implementing the division vehicle maintenance, hose maintenance, and equipment maintenance programs as directed; supervise and participate in shift duty work; evaluate, forecast and develop work plans; develop, conduct, and participate in on-duty shift and in-service training (fire, EMS, and specialized); participate in maintaining all fire / EMS division property, including apparatus, equipment, and facilities in good working and operational condition.

## Essential Duties Continued:

20%     Responds to fire, rescue, hazardous materials, and EMS alarms, providing evaluation and supervision of all activities; will act as a Command Officer at incidents and will be charged with the supervision of numerous individuals at the emergency incident scene; assumes command in the absence of Fire Chief; may be designated to act as Fire Chief during his/her absence. Provide guidance and supervision to all subordinates in the proper performance of fire / EMS division duties.

5%     Responsible for motivation and morale, establish effective working/living relationships and when necessary, counsel individuals, comply fully by following the Eaton City Personnel Policy, the City of Eaton Fire and EMS Employee Handbook

5%     Supervise and participate in duties related to subordinate Firefighter / Paramedic and EMT(s); supervise respond to fire, rescue, and emergency medical requests; provide basic and advanced pre-hospital care to the sick and injured; perform other departmental functions as directed by the Chief.

DocuSign Envelope ID: 4C445894-21E9-43A2-A51B-0142D4A475F3



# *City of Eaton*
*Fire and EMS Division*

## Peripheral Duties

10%   Maintain accurate records as related to fire and EMS response, training, equipment, and apparatus maintenance; inspect, test, and service, fire hose, apparatus, and other equipment of the Fire and EMS Division; assist in shift scheduling (short and long-range planning); prepare and administer performance appraisals of personnel assigned and/or assist other officers of same; makes recommendations and assists in the hiring and firing of employees; makes recommendations and advises the chief in matters of discipline; attends meetings and represents the Fire and EMS Division.

5%   Assure that personnel meet the requirements associated with uniform, behavior, response, and professional standards; cooperates with other officers and exercise sound judgment; ability to deal tactfully and effectively with the public.

5%   Responsible for conducting, organizing, implementing, and participating in fire and life safety program(s) including fire prevention, inspections, pre-plans, community activities, and talks/tours.

*I have reviewed this job description and I understand and agree to all my job duties and responsibilities. I further understand that future performance evaluations and merit increases to my pay are based on the performance of the duties and responsibilities outlined in this job description to the satisfaction of my immediate supervisor.*

*Bradley N. Colt*     6-24-2021
(Approval of Appointing Authority)    (Date)

6/17/2021
—B18C135DB7A244B—

6/21/2021
—2ABB63BFDECC4C8—
(Signature)    (Date)

4

# EXHIBIT C

DocuSign Envelope ID: 4C445894-21E9-43A2-A51B-0142D4A475F3



# *City of Eaton*
## *Fire and EMS Division*

### Position Description

| | | | |
|---|---|---|---|
| **Class Title:** | Lieutenant / EMS Operations | **Department:** Safety | |
| **Division:** | Fire and EMS | **Civil Service:** Unclassified | |
| **Reports to:** | Chief of Fire and EMS Division | | |
| **FLSA Status:** | Non-Exempt | | |
| **Date Created:** | 12/1/2007 | | |

**Rate of Compensation:**

This position of Lieutenant / EMS Operations is compensated at a rate determined by Eaton City

**General Purpose:**

The City of Eaton Fire and EMS Division Lieutenant / EMS Operations provides emergency medical service supervision/leadership to the City of Eaton Fire and EMS Division. The City of Eaton Fire and EMS Division Lieutenant / EMS Operations is part of the City of Eaton Fire and EMS Division Leadership Team and is expected to plan, organize, and direct activities for EMS operations within the City of Eaton. General duties of the City of Eaton Fire and EMS Division Lieutenant / EMS Operations include, but are not limited to: coordinating EMS operations, community accident prevention activities, emergency medical care activities, operation, and maintenance of all EMS apparatus and equipment, provide emergency medical care to the sick and injured, firefighting and firefighting support activities, accident/incident investigations, training, scheduling, maintenance of records and reports, administrative duties and other related work as required by the Chief.

The City of Eaton Fire and EMS Division Lieutenant / EMS Operations has the duty and responsibility to participate as a team member and leader. The City of Eaton Fire and EMS Division Lieutenant / EMS Operations must use creativity, innovation, and fiscal responsibility, with the end goal of providing quality service to our internal and external customers, in every aspect of his/her duties.

1

DocuSign Envelope ID: 4C445894-21E9-43A2-A51B-0142D4A475F3



# *City of Eaton*
## *Fire and EMS Division*

**Supervision Received**

Works under the General Guidance and Direction of the Fire and EMS Chief.

**Supervision Exercised**

Assists with the Supervision of all part-time EMS personnel, either directly or through other officers; provides supervision in the absence of the Fire/EMS Chief and Captain.

**Qualifications:**

The successful candidate for the position of City of Eaton Fire and EMS Division - Lieutenant / EMS Operations must have a high school diploma, valid Ohio Drivers License, certification as Ohio EMT-Paramedic, EMS Instructor, Firefighter 1 (with current ACLS and CPR certification); NIMS 100, 200, and 700. Must have a minimum of 4 years experience in the fire / EMS service as an EMS provider and demonstrate management experience. Desired qualifications include firefighter 2, hazardous materials operations, BTLS certification, supervisory and command experience. Associates degree or equivalent in EMS, Fire Science, or related field preferred.

**Required Knowledge and Abilities:**

The position of City of Eaton Fire and EMS Division - Lieutenant / EMS Operations requires the ability to make quick competent decisions and display confidence. The Lieutenant / EMS Operations must possess extensive knowledge (mastery of skills) in emergency medical services and interpersonal dynamics. The Lieutenant / EMS Operations must have the ability to use various reference books and show proficiency in using various computer equipment/programs.

The physical demands of the job are varied. The Lieutenant / EMS Operations will have to stand, walk, climb, and crawl. The Lieutenant / EMS Operations is required to drive, operate EMS and Fire vehicles and shall be able to wear personal protective equipment at emergency scenes. The Lieutenant / EMS Operations, like those under his/her supervision, may be exposed to heat, cold and wet conditions at fire and emergency scenes.

DocuSign Envelope ID: 4C445894-21E9-43A2-A51B-0142D4A475F3



# *City of Eaton*
### *Fire and EMS Division*

**Required Knowledge and Abilities continued:**

The Lieutenant / EMS Operations may be required to stand or walk for extended times i.e., assuming command at an EMS incident scene, providing emergency medical care, lifting patients, conducting training exercises, teaching in classroom settings. The Lieutenant / EMS Operations will, at times, have to sit for long periods while performing his/her functions, attending meetings, planning and writing procedures, and reviewing data, and completing reports.

The Lieutenant / EMS Operations must be able to respond and remain at fire and accident scenes in order to direct, evaluate and monitor the performance of the fire / EMS division personnel. The Lieutenant / EMS Operations position requires a temperament compatible with leadership. "Leading by Example" is the ultimate test for the person(s) employed in the position of Lieutenant / EMS Operations.

The Lieutenant / EMS Operations shall possess integrity beyond reproach, and demonstrate well-developed interpersonal management skills, demonstrate loyalty, and shall display maturity, sensitivity, tactfulness, and compassion. The ability to work on multiple priorities at the same time and change course in midstream is vital. The Lieutenant / EMS Operations shall accept responsibility, persuade and motivate employees and the public, make sound judgments and decisions.

20%    Serves as a team leader for paramedics and/or EMTs (e.g., assigns tasks to employees, interviews and recommends hiring of job applicants in conjunction with the Fire / EMS Chief evaluates employee performance, receives employee complaints); participates in meetings in which policy questions are reviewed/discussed; assists with the development of policy; assists the Fire / EMS Chief in the performance of duties and the absence of the Fire / EMS Chief assumes responsibility in directing and coordinating EMS operations.

30%    Performs and teaches complex diagnostic and medical procedures such as intravenous cannulation, endotracheal intubation, recognition of cardiac arrhythmias, and administration of drugs; uses/operates oxygen equipment, bandages, splints, backboards, and other related life support and first-aid equipment and supplies to perform various forms of emergency medical assistance; assesses victim's vital signs, controls bleeding, immobilizes fractures, renders other emergency care as needed; transports victims to medical facilities, etc.; maintains radio communications with hospital and dispatch station; acts on established protocol when radio contact cannot be made.

DocuSign Envelope ID: 4C445894-21E9-43A2-A51B-0142D4A475F3



# *City of Eaton*
## *Fire and EMS Division*

15%     Ensures proper operation of life support equipment, instruments, and supplies. Inventories and restocks medical supplies; inspects cleans and performs minor maintenance on vehicles.

15%     Prepares, submits, and reviews run reports (e.g., the record of treatment, nature of problems, victim identification information).

10%     Communicates with the victim, victim's families, law enforcement officers, firefighters, medical personnel, and the general public; conducts demonstrations and tours of the facility for the general public.

10%     Maintains required certification (e.g., attends training seminars, takes licensing re-examinations as required); attends staff and training meetings. Meets all job safety requirements and all applicable OSHA safety standards that pertain to essential functions.

**OTHER DUTIES AND RESPONSIBILITIES:**

     Demonstrates regular and predictable attendance.
     Performs other related duties as required or assigned.

*I have reviewed this job description and I understand and agree to all my job duties and responsibilities. I further understand that future performance evaluations and merit increases to my pay are based on the performance of the duties and responsibilities outlined in this job description to the satisfaction of my immediate supervisor.*

Bradley X. Cell          6-24-2021
(Approval of Appointing Authority)        (Date)

Mallory L. Lewis          6/17/2021
      (Employee Signature)          (Date)

4